UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:09-CV-2437-SDM-EAJ

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

JACKSON'S BISTRO AND BAR, L.C., a Florida
limited liability company d/b/a JACKSON'S d/b/a
JACKSON'S BISTRO-BAR-SUSHI d/b/a BACK
JACK'S LOUNGE AT JACKSON'S d/b/a GELATO

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, KENDRICK E. DULDULAO (hereinafter the "Plaintiff"), and Defendant, JACKSON'S BISTRO AND BAR, L.C., d/b/a JACKSON'S d/b/a JACKSON'S BISTRO-BAR-SUSHI, d/b/a BACK JACK'S LOUNGE AT JACKSON'S, d/b/a GELATO (hereinafter, the "Defendant"), by and through their respective undersigned attorney, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice against, Defendants, pursuant to the Confidential Settlement Agreement. All parties shall bear their own attorneys fees, costs and expenses other than those specified in said Confidential Settlement Agreement, and agree not to file any additional motions in this matter.

    Dated this 10th day of March, 2010.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

1

Respectfully submitted,

By: s/ B. Bradley Weitz        By: s/ Paul R. Fowkes
  B. Bradley Weitz, Esq.        Paul R. Fowkes, Esq.
  Florida Bar No. 479365        Florida Bar No. 0723886
  THE WEITZ LAW FIRM, P.A.     PHELPS DUNBAR, LLP
  Attorney for Plaintiff         Attorneys for Defendant
  Bank of America Building       100 South Ashley Drive, Suite 1900
  18305 Biscayne Blvd., Suite 214     Tampa, Florida 33602
  Aventura, Florida 33160       Telephone:  (813) 472-7550
  Telephone:  (305) 949-7777      Facsimile:   (813) 472-7570
  Facsimile:   (305) 704-3877      E-mail: fowkesp@phelps.com
  E-mail: bbw@weitzfirm.com